

FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br> ALEJANDRO ORTA<br><br>                    Defendant. | Case No.:  12-1105M<br><br>ORDER OF DETENTION AFTER HEARING<br>  [Fed.R.Crim.P. 32.1(a)(6);<br>   18 U.S.C. 3143(a)] |

        The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist., CA    for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on allegedly not reporting to PO; no known background info or bail resources

and/or

B.    (  )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

_____

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    _____

                                    _____
                                    UNITES STATES MAGISTRATE JUDGE

2